UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO. 1:25-CR-13-HAB-ALT |
| JAMARCUS Q. SHEFFIELD, | |
| Defendant. | |

## OPINION AND ORDER

Before the Court is Defendant Jamarcus Sheffield's eighth Unopposed Motion to Continue Final Pretrial Conference and Jury Trial (ECF No. 70), filed on January 28, 2026. The current pretrial motions deadline is April 21, 2026, and a four (4) day jury trial in this matter is currently scheduled to begin on May 19, 2026. (ECF No. 69). Defendant's counsel requests a continuance because counsel has previously scheduled trials in other matters which conflict with this case's trial dates, and the motion does not indicate a proposed length of the requested continuance. Additionally, on January 30, 2026, counsel filed a revised Motion in which he indicates his availability for trial. (ECF No. 71).

While the Court appreciates that counsel wanted to notify the Court of a potential scheduling conflict well in advance of the trial, this motion is quite premature as settings change in both state and federal courts rapidly, as is often the case in trial scheduling. Thus, the Court denies without prejudice the request to continue. If the scheduling conflict persists at the time of the pretrial motions deadline—April 21, 2026—Defendant's counsel may file a new motion to continue. Should counsel file a new motion, he is reminded that any motion to continue must

include "the appropriate reference to the Speedy Trial Act, *the proposed length of any requested continuance*, the position of the Government, and an indication of agreement by the Defendant." (ECF No. 69 (emphasis added)).

Therefore, the Defendant's Unopposed Motion for Continuance (ECF Nos. 70, 71) is DENIED with leave to refile at the time of the pretrial motions deadline.

**SO ORDERED** on February 2, 2026.

                                              s/ Holly A. Brady
                                              CHIEF JUDGE HOLLY A. BRADY
                                              UNITED STATES DISTRICT COURT